UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAJA SILLAH, | ) |
| | ) CASE NO. 2:15-cv-1852-RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER FOR EAJA FEES AND EXPENSES |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $3,453.03 and expenses in the amount of $6.41 for a total of $3,459.44 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, Amy Gilbrough.

ORDER FOR EAJA FEES AND EXPENSES
[No. 2:15-cv-1852-RSM] - 1

Douglas Drachler McKee & Gilbrough LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

Dated this 2nd day of March 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH_____
AMY M. GILBROUGH
Attorney for Plaintiff

ORDER FOR EAJA FEES AND EXPENSES
[No. 2:15-cv-1852-RSM] - 2

Douglas Drachler McKee & Gilbrough LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900